In the Matter of the Accounting of PEOPLES BANK OF JOHNSTOWN, as Trustee under the Will of DAVID A. WELLS, Deceased, Respondent. JOSEPH D. OLIVER, JR., et al., Respondents; GERTRUDE K. HAYWARD et al., Appellants.— Motion for reargument, or in the alternative, for modification of the opinion and decision of this court, denied, without costs. Settle decree in accordance with original decision. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 432.]

■

JAMES C. MacINTYRE et al., as Assignees for the Benefit of Creditors of CONROY GLOVES, INC., Respondents, v. STATE BANK OF ALBANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted, without costs, and this court certifies that in its opinion there are questions of law involved which ought to be reviewed by the Court of Appeals. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 803.]

■

NEW YORK STATE ELECTRIC & GAS CORPORATION, Respondent, v. CITY OF PLATTSBURGH et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied, without costs. Foster, P. J., Bergan, Coon and Halpern, JJ., concur; Imrie, J., taking no part. [See *ante,* p. 808.]

■

JANE CORIE, Appellant, v. JOSEPH J. THOMPSON, Appellant, and GENNARO J. JUSTINO, Respondent-Appellant. ROBERT J. CORIE, JR., as Guardian ad Litem of CHARLES K. CORIE, an Infant, Appellant, v. JOSEPH J. THOMPSON, Appellant, and GENNARO J. JUSTINO, Respondent-Appellant. ROBERT J. CORIE, JR., as Guardian ad Litem of ROBERT J. CORIE, 3d, an Infant, Appellant, v. JOSEPH J. THOMPSON, Appellant, and GENNARO J. JUSTINO, Respondent-Appellant. ROBERT J. CORIE, JR., Appellant, v. JOSEPH J. THOMPSON, Appellant, and GENNARO J. JUSTINO, Respondent-Appellant.— Motion for the settlement of the order is granted in the following respects: Judgments in favor of the plaintiffs against defendant Thompson are affirmed, with costs. Order setting aside the verdicts against the defendant Justino is affirmed, on the law and the facts, without costs. Order denying the defendant Justino's motions to dismiss the complaints is affirmed, without costs. In all other particulars motion is denied. Submit order accordingly. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 810.]

■

In the Matter of GERALD J. O'REILLY, Petitioner, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Stay of proceedings continued for ten days and if application for leave to appeal to the Court of Appeals is made within that time, the stay is continued until that application is decided by the Court of Appeals. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 813.]